**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chavel R. Navarro,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora Schriro and Arizona Attorney General,<br><br>　　　　Respondents. | No. CIV 07-1221-PHX-SMM<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to a magistrate judge for a Report and Recommendation. On October 25, 2007, the magistrate judge filed a Report and Recommendation with this Court (Dkt. 12). On November 5, 2007, Petitioner filed his Objection (Dkt. 13) to the Report and Recommendation. After considering the Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a magistrate judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983)).

## DISCUSSION[1]

In their Answer, Respondents contend that the claims presented in Petitioner's habeas petition are unexhausted and procedurally defaulted. After conducting a thorough legal analysis, the Magistrate Judge determined that Petitioner procedurally defaulted on two of his three claims—ineffective assistance of counsel and prosecutorial misconduct—by failing to exhaust available state remedies. The Magistrate Judge also determined that the Arizona Court of Appeals decision which led to Petitioner's third claim—violation of his right to have a jury determine each fact used to enhance his sentence—was not clearly contrary to federal law. Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court finds that the Magistrate Judge adequately addressed all of Petitioner's arguments. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Mark E. Aspey (Dkt. 12).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 27th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Dkt. 12).